UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRUNG DINH PHAN,<br><br>　　　　　Defendant. | ) CR10-00027RSM<br>)<br>)<br>) ORDER GRANTING DEFENSE<br>) MOTION TO CONTINUE<br>) SENTENCING DATE<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

THIS COURT having reviewed the Defense Motion to Continue Sentencing Date from December 10, 2010, to January 21, 2011, and having reviewed the motion, the records and files herein,

IT IS NOW THEREFORE ORDERED that the defense Motion to Continue Sentencing Date from December 10, 2010, to January 21, 2011 at 9:30 a.m., is GRANTED

DONE this 15 day of November, 2010.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENSE MOTION
TO CONTINUE SENTENCING DATE -- 1
(Trung Dinh Phan; CR10-00027RSM)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1
2
3
4
5  Presented by:

6  s/Kyana Stephens
   Attorney for Trung Dinh Phan
7  WSBA # 37670
8  Federal Public Defender
   1601 Fifth Avenue, Suite 700
9  Seattle, WA  98101
   206/553-1100
10 206/553-0120
11 kyana_stephens@fd.org

12

13 Scott Michelman
14 Jay Rorty
   AMERICAN CIVIL LIBERTIES UNION FOUNDATION
15 1101 Pacific Avenue, Suite 333
   Santa Cruz, CA 95060
16 (831) 471-9000
17 jrorty@aclu.org
   smichelman@aclu.org
18
19
20
21
22
23
24
25
26

ORDER GRANTING DEFENSE MOTION
TO CONTINUE SENTENCING DATE -- 2
(Trung Dinh Phan; CR10-00027RSM)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**