THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>TRUNG DINH PHAN,<br><br>  Defendant. | C10-00027RSM<br><br>MOTION FOR ORDER SEALING DEFENDANT'S SUPPLEMENTAL SENTENCING REPLY MEMORANDUM |

Trung Dinh Phan, by his attorneys, Kyana Stephens, Jay Rorty and Scott Michelman moves this Court to order that Defendant's Supplemental Sentencing Reply Memorandum be filed under seal and secured from public access until further order of the Court.

This motion is based upon the sensitive and confidential nature of information contained in said document which, if made public, could result in irreparable harm to Mr. Phan and his family.

The public's right of access is therefore outweighed by the interests of both the public and the parties in protecting said documents from public view, thereby constituting

Motion for Order to Seal Defendant's Supplemental
Sentencing Reply Memorandum -- 1
(Trung Dinh Phan; CR10-00027RSM)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1  compelling reason to order that the Defendant's Supplemental Sentencing Reply
2  Memorandum be sealed.
3      DATED this 25th day of February, 2011.

   s/Kyana Stephens
   WSBA No. 37670
   Attorney for Trung Dinh Phan
   Federal Public Defender
   1601 Fifth Avenue, Suite 700
   Seattle, WA 98101
   206/553-1100 voice
   206/553-0120 facsimile
   kyana_stephens@fd.org


   /s/ Jay Rorty, Cal. Bar No. 135097*
   /s/ Scott Michelman, Cal. Bar No. 236574*
   American Civil Liberties Union Foundation
   Co-counsel for Defendant PHAN
   1101 Pacific Avenue, Suite 333
   Santa Cruz, CA 95060
   (831) 471-9000
   (831) 471-9676 (fax)
   jrorty@aclu.org
   smichelman@aclu.org

   *Admitted pro hac vice

Motion for Order to Seal Defendant's Supplemental
Sentencing Reply Memorandum -- 2
(Trung Dinh Phan; CR10-00027RSM)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Susan Roe
>Assistant United States Attorney
>700 Stewart St., Suite 5220
>Seattle, WA  98101-1271

I further certify that I have emailed the above document to the following non CM/ECF participant:

>Lisa Combs
>United States Probation Officer
>700 Stewart Street, Suite 11101
>Seattle, WA   98101

>s/Kyana Stephens
>WSBA No. 37670
>Attorney for Tung Dinh Phan
>Federal Public Defender
>1601 Fifth Avenue, Suite 700
>Seattle, WA 98101
>206/553-1100 voice
>206/553-0120 facsimile
>kyana_stephens@fd.org

Motion for Order to Seal Defendant's Supplemental
Sentencing Reply Memorandum -- 3
(Trung Dinh Phan; CR10-00027RSM)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**